USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: August 9, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LUC BURBON

        Plaintiff(s),    18 Civ. 4785   (LGS)

  -against-         ORDER

FLOORCOVERINGS INTERNATIONAL, LTD.

        Defendant(s).

------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

  The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: August 9, 2018
   New York, New York

                  _____
                    LORNA G. SCHOFIELD
                  UNITED STATES DISTRICT JUDGE